IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01530-WDM-KMT

CHRISTINE M. LUCAS,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY
INSURANCE COMPANY, an Illinois corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Defendant's "Motion to Vacate Final Pretrial Conference and Request for Status/Settlement Conference" (#26, filed September 29, 2008) is GRANTED. The Final Pretrial Conference set for October 21, 2008 is VACATED. Counsel are directed to place a conference call to chambers, to include all parties, at (303) 335-2780 on or before October 13, 2008 to schedule the Settlement Conference.

Dated: October 2, 2008