IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 07-cv-01530-WDM-KMT

CHRISTINE M. LUCAS,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY INSURANCE COMPANY,

    Defendant.

---

## NOTICE OF DISMISSAL

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii).  Accordingly, the first claim is dismissed without prejudice, and the second claim is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.  This case is terminated.

    DATED at Denver, Colorado, on February 10, 2010.

                                                              BY THE COURT:

                                                              s/ Walker D. Miller
                                                              United States Senior District Judge

PDF FINAL